BEFORE THE FIRST DIVISION, JANUARY 4, 1939

No. 40294.—Protest 846561–G of Restrick Lumber Co. (Detroit).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the claim was sustained that duty was taken on the basis of board measurement in excess of the actual measurement of the imported lumber.

No. 40295.—Protests 820931–G, etc., of Pamle Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the claim was sustained that duty was taken on the basis of board measurement in excess of the actual measurement of the imported lumber.

No. 40296.—Protest 904903–G of Dr. Ferd. A. Kertess (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Smith* v. *United States* (C. D. 18) montan wax was held free of duty under paragraph 1796 as claimed.

No. 40297.—Protests 905057–G, etc., of Wm. Shaland et al. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise is similar to that the subject of Abstract 32279. The claim at 35 percent under paragraph 1413 was therefore sustained.

BEFORE THE SECOND DIVISION, JANUARY 4, 1939

No. 40298.—Protest 251281–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Filet lace articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 40299.—Protest 251280–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items consisted of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 40300.—Protest 209324–G of Peter J. Barth Co. (New York).